IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN D. KOEPPEL<br><br>Plaintiff,<br><br>v.<br><br>ST. TAMMANY PARISH SCHOOL BOARD and FRANK J. JABBIA<br><br>Defendants. | CIVIL NO. 2:21-CV-1821-JCZ-MBN |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff Jonathan D. Koeppel respectfully informs the Court that all parties have amicably resolved their dispute in this case. *See* Doc. 41. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff respectfully moves the Court to dismiss this case in its entirety, with prejudice, each party to bear his or her own costs.

Respectfully submitted:

/s/ Kevin S. Vogeltanz
Kevin S. Vogeltanz, T.A. (LA Bar #32746)
The Law Office of Kevin S. Vogeltanz, LLC
823 Carroll Street, Suite A
Mandeville, LA 70448
Email: vogeltanz@gmail.com
Telephone: (504) 275-5149
Facsimile:  (504) 910-1704

*Attorney for plaintiff Jonathan D. Koeppel*

## LOCAL RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, no certificate of service is required for this motion because all parties are electronic filers and will receive notice through the court's electronic filing system.

/s/ Kevin S. Vogeltanz

1